UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 23-344-MWF(MRWx)** | Date: May 22, 2023 |
| Title | **Kevin Khachatryan v. Citibank, NA, et al.** | |

Present: The Honorable:   **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on January 17, 2023. (Docket No. 1). On April 17, 2023, the Court issued an Order to Show Cause re dismissal for lack of prosecution. (Docket No. 7). In response to that Order to Show Cause, on April 21, 2023, Plaintiff filed a Proof of Service of the Summons and Complaint on Defendant Citibank. (Docket No. 8).

The Court again **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **MAY 30, 2023**.

- BY DEFENDANT: RESPONSE TO THE COMPLAINT. The parties may also file an appropriate stipulation to extend the time within which Defendant must respond to the Complaint.

    OR

- BY PLAINTIFF: APPLICATION FOR CLERK TO ENTER DEFAULT.

The Court will not issue another Order to Show Cause to remind Plaintiff to prosecute this action.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 23-344-MWF(MRWx)**                                    Date:  May 22, 2023

Title        **Kevin Khachatryan v. Citibank, NA, et al.**

     No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **MAY 30, 2023** will result in the dismissal of this action.

     IT IS SO ORDERED.

Initials of Preparer:  RS/sjm